**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Talawrence Donyea Tennell v. The State of Texas

Appellate case number:   01-17-00571-CR

Trial court case number:  15-01993-CRF-85

Trial court:                     85th District Court of Brazos County

Date motion filed:          September 14, 2018

Party filing motion:        Appellant, Talawrence Donyea Tennell

      The motion for en banc reconsideration is **DENIED** as moot because the Court withdrew its August 30, 2018 memorandum opinion and judgment and issued a memorandum opinion and judgment dated December 31, 2018.

## PER CURIAM

En banc court consists of: Chief Justice Radack, and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date:  January 29, 2019